AO 247 (02/08)   Order Regarding Motion for Sentence Reduction (CAND revision 3/20/08)

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| SHELDON SILAS ) | Case No: CR-01-0149-06 PJH |
| ) | USM No: 93062-011 |
| Date of Previous Judgment: 1/27/2006 ) | Nina Wilder |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion or Stipulation for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion; or ☐ Upon stipulation of the parties,

**IT IS ORDERED** that motion is:
 ☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  84  months **is reduced to**  70 months  .

**IT IS ORDERED** that the stipulation is ☐DISAPPROVED. ☐ APPROVED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 22 | Amended Offense Level: | 20 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 84 to 105 months | Amended Guideline Range: | 70 to 87 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  1/27/2006  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   4/23/08

Judge's signature

Effective Date: _____
(if different from order date)

Honorable Phyllis J. Hamilton, U.S. District Judge